1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | CASE NOS.
   | OF THE UNITED STATES OF AMERICA
   | FOR SEARCH WARRANTS CONCERNING:
12
   3975 Deer Cross Way, Sacramento, CA            2:18-SW-0236 EFB,
13
   7625 Meadowstone Dr., Sacramento, CA           2:18-SW-0237 EFB,
14
   5420 Acme Avenue, Sacramento, CA               2:18-SW-0238 EFB,
15
   5313 Kungsting Way, Elk Grove, CA              2:18-SW-0239 EFB,
16
   8139 Valley Green Drive, Sacramento, CA        2:18-SW-0240 EFB,
17
   4960 Francesca Street, Elk Grove, CA           2:18-SW-0241 EFB,
18
   6439 Valley Hi Drive, Sacramento, CA           2:18-SW-0242 EFB,
19
   8613 Orison Court, Elk Grove, CA               2:18-SW-0243 EFB,
20
   9009 Fernway Court, Elk Grove, CA              2:18-SW-0244 EFB,
21
   2033 Bastona Drive, Elk Grove, CA              2:18-SW-0245 EFB
22
                                        [PROPOSED] ORDER TO UNSEAL SEARCH
23                                      WARRANTS AND SEARCH WARRANT
                                        AFFIDAVITS
24

25

26     Upon application of the United States of America and good cause having been shown,

27 ///

28 ///

1    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

2  ordered unsealed.

3
   Dated:  4/24/2019

4                                              The Honorable Carolyn K. Delaney
                                               UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28